UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBIN BROS. PRODUCE CORP., ET AL.,
                Plaintiffs,

- against -

GRAMERCY PRODUCE INC., ET AL.,
                Defendants.

25-cv-7325 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The hearing on the plaintiffs' motion is adjourned to September 25, 2025, at 10:30 a.m.

The temporary restraining order is already adjourned until the conclusion of that hearing pursuant to the Court's Order on the parties' consent dated September 16, 2025. ECF No. 27.

SO ORDERED.
Dated:    New York, New York
           September 19, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge