UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBIN BROS. PRODUCE CORP., ET AL.,

                Plaintiffs,

- against -

GRAMERCY PRODUCE INC., ET AL.,

                Defendants.

25-cv-7325 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 30, 2025.

SO ORDERED.
Dated:    New York, New York
          October 15, 2025

                                              John G. Koeltl
                                     United States District Judge