UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBIN BROS. PRODUCE CORP., ET AL.,

        Plaintiffs,

- against -

GRAMERCY PRODUCE INC., ET AL.,

        Defendants.

25-cv-7325 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at today's hearing, the plaintiffs' motion for contempt (ECF No. 52) is **denied without prejudice**.

SO ORDERED.
Dated:    New York, New York
          November 7, 2025

                                John G. Koeltl
                          United States District Judge