UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

RUBIN BROS. PRODUCE CORP., ET AL.,

                    Plaintiffs,                    25-cv-7325 (JGK)

        - against -                                ORDER

GRAMERCY PRODUCE INC., ET AL.,

                    Defendants.
———————————————————————

JOHN G. KOELTL, District Judge:

Anthony Vivacqua, Jr., seeks to be excused from the contempt hearing scheduled for January 15, 2025, at 3:30 p.m., so that he can remain at home to care for his daughter. The request is **denied**. Mr. Vivacqua's presence is necessary because the plaintiff seeks to hold him personally in contempt. Mr. Vivacqua is personally a named defendant in both the temporary restraining order and the preliminary injunction, and the evidence shows him personally cashing checks made out to Gramercy Produce in apparent violation of the injunction against him. However, Mr. Vivacqua may appear by video from his home. Mr. Vivacqua should arrange the video connection with Don Fletcher, the Court's deputy clerk, at 212-805-0107.

SO ORDERED.
Dated:   New York, New York
         January 14, 2026

                                          John G. Koeltl
                                   United States District Judge