**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Rubin Bros. Produce Corp., et al.,**

                                                **Plaintiffs,**

                    **-against-**

**Gramercy Produce Inc., et al.,**

                                                **Defendants.**

**1:25-cv-07325 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than May 19, 2026, the parties shall file a joint letter regarding the status of their efforts to finalize the settlement. (*See* 3/25/26 Status Report, ECF No. 105.)

**SO ORDERED.**

Dated:    New York, New York
          May 5, 2026

_____
STEWART D. AARON
United States Magistrate Judge